PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
    JAN - 9 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

## PETITION FOR WRIT OF HABEAS CORPUS
## UNDER 28 U.S.C. § 2241

RICHARD S. TERRY
**PETITIONER**
(Full name of Petitioner)

CURRENT PLACE OF CONFINEMENT: FMC Ft. Worth PO Box 15330, Ft. Worth, TX, 76119

vs.

PRISONER ID NUMBER: 26749-081

CASE NUMBER: 4-24CV-026-Y
8:21-CV-00879-SDM-UAM
(Supplied by the District Court Clerk)

ASSOCIATE WARDEN, Wendy McManus
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. ___  ___  pretrial detention;
2. ✓   ___  a conviction;
3. ___  ___  a sentence;
4. ___  ___  jail or prison conditions;
5. ___  ___  a prison disciplinary proceeding;
6. ___  ___  parole or mandatory supervision;
7. ___  ___  time credits;
8. ___  ___  other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)  No  If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.

This is the only remedy available to my understanding.

2

1. Place of detention: FMC Ft. Worth, PO Box 15330, Ft. Worth TX, 76119

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: 18 : 2422(b) Attempted Enticement of a minor.

3. Name and location of court in which your case is pending or in which you were convicted: United States District Court, Middle District of Florida, Tampa Division

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: 8:21-CV-00879-SDM-UAM

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: 7-1-2020

6. Check whether a finding of guilty was made:

    a. after a plea of guilty ✓

    b. after a plea of not guilty __

    c. after a plea of nolo contendere __

7. If you were found guilty, check whether that finding was made by:

    a. a jury __

    b. a judge without a jury ✓

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    Yes    (No)

3

9. If you did appeal, give the following information for each appeal: N A

    a. (1) Name of court and docket or case number: _____

       (2) Result and date of result: _____

       (3) Grounds raised (list each):

          (a) _____

          (b) _____

          (c) _____

          (d) _____

    b. (1) Name of court and docket or case number: _____

       (2) Result and date of result: _____

       (3) Grounds raised (list each):

          (a) _____

          (b) _____

          (c) _____

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. **GROUND ONE:** Ineffective assistance of counsel

Supporting facts: I was told by my attorney that just Talking/chatting about sex with a minor was a crime. I was never told by my attorney about the elements of a crime, specifically "significant step". This is the only reason I signed a plea deal.

b. **GROUND TWO:** I did not make a "significant step" in the completion of a crime.

Supporting facts: I chatted in a "fantacy" chat room that was sexual in nature. I never talked about a meeting, setup a meeting, nor met anyone. I did not make any type of reservation to the area of said minor.

5

whether it be plane, hotel or Bus, I never gave anyone money or presents or lewd pictures or videos.

c. **GROUND THREE:** I told the undercover agent that I do not meet people offline for real.

Supporting facts: Assupported By the chat transcript. "I do not meet people for real offline" told to the undercover agent after being asked several times to meet By the undercover agent.

d. **GROUND FOUR:** N/A

Supporting facts:

11. Relief sought in this petition: overturn my conviction.

_____

_____

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes ☐    **No** ☑

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion: N/A

    a. (1) Name of court and docket or case number: _____

    _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

    (a) _____

    _____

    (b) _____

    _____

    (c) _____

    _____

    (d) _____

    _____

    b. (1) Name of court and docket or case number: _____

    _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

    (a) _____

    _____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

I filed a 2255 over two years ago and have not gotten any response, except when the magistrate has changed three times in that period.

15. Are you presently represented by counsel?   Yes   (No)
    If so, name, address and telephone number of attorney: _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?   Yes   (No)

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

NA
_____
Signature of Attorney (if any)

_____
_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on 1-4-24 (month, day, year).

Executed (signed) on 1-4-24 (date).

RSZ
_____
Signature of Petitioner (required)

Petitioner's current address:
FMC Fort Worth
BOP # 36749081
PO Box 15330
Ft. Worth, TX 76119

Richard S. Terry
BOP# 26749-081
FMC Fort Worth
PO Box 15330
Ft. Worth, TX 76119

United States District Court
for the Northern District of Texas
Fort Worth Division
501 W 10th St. Unit 310
Fort Worth, TX 76102

Legal MAIL