IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD S. TERRY,<br>　　Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 4:24-CV-026-Y |
| CHRIS M. RIVERS, Warden,<br>FMC-Fort Worth,<br>　　Respondent. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with the order issued this same day, and Federal Rule of Civil Procedure 58, Richard S. Terry's petition for relief under 28 U.S.C. § 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

SIGNED June 11, 2024.

_____
TERRY R. MEANS
SENIOR UNITED STATES DISTRICT JUDGE